**Order entered January 31, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00791-CR

### BRANDAN ALEXANDER MUNOZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-75470-T**

### ORDER

Before the Court is deputy court reporter Janessa Thornell's January 28, 2022 request for additional time to file the reporter's record in this appeal. We **GRANT** the request and **ORDER** the reporter's record due by February 28, 2022.

/s/    BILL PEDERSEN, III
        JUSTICE